**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RAUL GARZA, | Case No.: 1:18-cv-00663-LJO-SAB (PC) |
| Plaintiff, | |
| v. | ORDER DENYING PLAINTIFF'S REQUEST FOR CERTIFICATE OF APPEALABILITY |
| B. CATES, et.al., | [ECF No. 15] |
| Defendants. | |

On June 22, 2018, the instant action filed pursuant to 42 U.S.C. § 1983, was dismissed for failure to state a cognizable claim for relief and judgment was entered.

On April 17, 2019, Plaintiff filed a notice of appeal with the United States Court of Appeals for the Ninth Circuit, and the case was assigned case number 19-15804.

On April 25, 2019, Plaintiff filed a motion for certificate of appealability.

Plaintiff does not need a certificate of appealability to appeal this case. The certificate of appealability requirement only applies to claims for habeas corpus relief arising under 28 U.S.C. § 2254 or § 2255. See Fed. R. App. P. 22(b); see also Hulihan v. Reg'l Transp. Comm'n of S. Nevada, No. 2:09-cv-01096-ECR, 2012 WL 3135681, at *1 (D. Nev. Aug. 1, 2012); Dalluge v. U.S. Dep't of Justice, No. C11-5037RBL, 2011 WL 1675407, at *1 (W.D. Wash. May 4, 2011) ("As this case was brought pursuant to 42 U.S.C. § 1983, there is no requirement for a certificate of appealability."); Jenkins v. Caplan, No. C 02-5603 RMW (PR), 2010 WL 3057410, at *1 (N.D. Cal. Aug. 2, 2010)

"[A] Certificate of Appealability is inapplicable to a § 1983 action."). Accordingly, Plaintiff's request for a certificate of appealability is denied as unnecessary.

IT IS SO ORDERED.

Dated: **April 26, 2019**

UNITED STATES MAGISTRATE JUDGE